Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−31458−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William C. Flores
   3419 Route 94
   Hamburg, NJ 07419

Social Security No.:
   xxx−xx−2140

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:          12/20/17
Time:          09:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 7, 2017
JAN: mg

                                     Jeanne Naughton
                                     Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                    Case No. 17-31458-RG
      William C. Flores                                   Chapter 13
             Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Nov 07, 2017
                            Form ID: 132             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db             +William C. Flores,    3419 Route 94,    Hamburg, NJ 07419-2512
517136571      +BARCLAYS BANK DELAWARE,    PO BOX 8801,    WILMINGTON, DE 19899-8801
517136572      +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
517136573      +CENLAR LOAN ADMIN & REPORTING (CENLAR),    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
517136574      +CITIBANK / SEARS,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
517136575      +CITIBANK SEARS,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
517160916      +Raymond and Flanigan,    Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
517136580     #+VIRTUOSO SOURCING GROU,    3033 S PARKER RD,    AURORA, CO 80014-2919
517136581      +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
517136582      +Westgate Resorts,    PO Box 31515,    Tampa, FL 33631-3515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517136570      +E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2017 22:31:43      ALLY FINANCIAL,
                 PO BOX 380901,    BLOOMINGTON, MN 55438-0901
517136576      +E-mail/Text: Supportservices@receivablesperformance.com Nov 07 2017 22:33:16
                 RECEIVABLES PERFORMANCE MGMT,    ATTN: BANKRUPTCY,    PO BOX 1548,    LYNNWOOD, WA 98046-1548
517136577      +E-mail/Text: clientservices@simonsagency.com Nov 07 2017 22:33:16      SIMONS AGENCY INC,
                 4963 WINTERSWEET DR,    LIVERPOOL, NY 13088-2176
517136578      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:29:56      SYNCB/TOYSRUS,    ATTN: BANKRUPTY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
517136579      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:29:44      SYNCHRONY BANK/LOWES,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
517137626      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:30:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517139660       C.Tech Collections, Inc. re:Hackensack University
517139659       Diversified Consultants Inc. re:Verizon Wireless P
517139653       Hackensack Radiolgy Group PO Box 416367 Boston, MA
517139656       Hackensack University Medical Center PO Box 48027
517139657       Hackensack University Medical Center PO Box 95000-
517139652       NJ Healthcare Specialist PO Box 419378 Boston, MA
517139655       NJ Healthcare Specialists PO Box 419378 Boston,MA
517139658       Orthopedics and Sports Medicine LLC 440 Old Hook R
517139654       Synergy Orthopedics 2901 Jolly Rd Plymouth Meeting
                                                                                   TOTALS: 9, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 07, 2017
                              Form ID: 132             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:

```
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Russell L. Low     on behalf of Debtor William C. Flores rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```