Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−31458−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William C. Flores
3419 Route 94
Hamburg, NJ 07419

Social Security No.:
xxx−xx−2140

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/18 at 10:30 AM

to consider and act upon the following:

25 − Limited Objection to Application For Retention of Professional (related document:24 Application For Retention of Professional Abraham Milgraum as Special Counsel Filed by Russell L. Low on behalf of William C. Flores. Objection deadline is 3/13/2018. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor William C. Flores) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/8/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court