| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Low & Low, LLC<br>505 Main Street<br>Suite 304<br>Hackensack, New Jersey 07601<br>(201)-343-4040 Office<br>(201)-488-5788 Fax<br>Attorney for Debtor | Order Filed on May 7, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>William C. Flores | Case No: 17-31458<br>Chapter: 13<br>Judge: RG |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: May 7, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Russell L. Low, Debtor's Counsel_____, and regarding _____Docket No. 32, Exhibit to Retention of Professional Sima Milgraum_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*