UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Low and Low, LLC
505 Main Street
Hackensack, NJ 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

William C. Flores

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 29 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 17-31458
Chapter: 13
Judge: RG

### ORDER AUTHORIZING RETENTION OF

Sima Milgraum

The relief set forth on the following page is **ORDERED**.

5-29-18                    /s/ Rosemary Gambardella

Upon the applicant's request for authorization to retain _____Sima Milgraum_____
as _____special counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 70 S. Orange Ave
   Suite 205
   Livingston, NJ 07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15