UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Low and Low, LLC
505 Main Street
Hackensack, NJ 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

William C. Flores

| | |
|---|---|
| Case No.: | 17-31458 |
| Chapter: | 13 |
| Judge: | RG |

FILED
JEANNE A. NAUGHTON, CLERK
MAY 29 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER AUTHORIZING RETENTION OF

Abraham Milgraum

The relief set forth on the following page is ORDERED.

5-29-18

Upon the applicant's request for authorization to retain _____Abraham Milgraum_____
as _____special counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   The Donnelly Law Form
                                    86 Summit Ave 4th Floor
                                    Summit NJ 07901

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev 8/13