UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Low and Low, LLC
505 Main Street
Hackensack, NJ 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

William C. Flores

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 29 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Case No.: 17-31458

Chapter: 13

Judge: RG

## ORDER AUTHORIZING RETENTION OF

Sima Milgraum

The relief set forth on the following page is **ORDERED**.

5-29-18

Upon the applicant's request for authorization to retain ___Sima Milgraum___

as ___special counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 70 S. Orange Ave
   Suite 205
   Livingston, NJ 07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31458-RG
William C. Flores                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin             Page 1 of 1             Date Rcvd: May 30, 2018
                        Form ID: pdf903         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db          +William C. Flores,   3419 Route 94,   Hamburg, NJ 07419-2512
aty         +Sima Milgraum,   70 S. Orange Avenue,   Suite 205,   Livington, NJ 07039-4917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
       rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor William C. Flores rbear611@aol.com,
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 4