Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−31458−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William C. Flores
3419 Route 94
Hamburg, NJ 07419

Social Security No.:
xxx−xx−2140

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 09:00 AM

to consider and act upon the following:

**46** – Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2018. (Attachments: # 1 Certification of Default Generic – Proposed Order) (Greenberg, Marie−Ann)

**48** – Certification in Opposition to (related document:46 Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2018. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie-Ann Greenberg) filed by Russell L. Low on behalf of William C. Flores. (Low, Russell)

Dated: 8/15/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court