**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor



Order Filed on April 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **William C. Flores** | : | CASE NO. 17-31458 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date**:** October 3, 2018 at 10:30 A.M. |

## AMENDED NUNC PRO TUNC ORDER TO APPROVE AND DISBURSE SETTLEMENT FROM A WORKER'S COMPENSATION CASE INVOLVING DEBTOR

The relief set forth on the following pages two (2) through two (2), is hereby

**ORDERED.**

**DATED: April 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:     William C. Flores
Case No.:   17-31458
Caption:

# AMENDED NUNC PRO TUNC ORDER TO APPROVE AND DISBURSE SETTLEMENT A WORKER'S COMPENSATION CASE INVOLVING DEBTOR

This matter having come before the Court upon the debtor's Notice of Nunc Pro Tunc Motion for an Order Approving and Disbursing Settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $7,500.00.

**FURTHER ORDERED** that this Court approve the disbursement made in the amount of $600.00 for medical fees from the gross settlement.

**FURTHER ORDERED** that this Court approve the disbursement made in the amount of $90.00 for the stenographic service from the gross settlement.

**FURTHER ORDERED** that this Court approve the legal fee paid to special counsel, Sima C. Milgraum, Esq. in the amount of $1,500.00.

**FURTHER ORDERED** that this Court approve the net recovery that was released for $5,310.00.

**FURTHER ORDERED** that the nunc pro tunc settlement of $5,310.00 which was paid to the debtor, William C. Flores is hereby approved.

**FURTHER ORDERED**, that the Debtor is exempt from turning over net proceeds of $5,310.00 to the Chapter 13 Standing Trustee.