**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on April 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **William C. Flores** | : | CASE NO. 17-31458 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date**:** October 3, 2018 at 10:30 A.M. |

---

### AMENDED NUNC PRO TUNC ORDER TO APPROVE AND DISBURSE SETTLEMENT FROM A WORKER'S COMPENSATION CASE INVOLVING DEBTOR

The relief set forth on the following pages two (2) through two (2), is hereby

**ORDERED.**

**DATED: April 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:     William C. Flores
Case No.:   17-31458
Caption:

## AMENDED NUNC PRO TUNC ORDER TO APPROVE AND DISBURSE SETTLEMENT A WORKER'S COMPENSATION CASE INVOLVING DEBTOR

This matter having come before the Court upon the debtor's Notice of Nunc Pro Tunc Motion for an Order Approving and Disbursing Settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $7,500.00.

**FURTHER ORDERED** that this Court approve the disbursement made in the amount of $600.00 for medical fees from the gross settlement.

**FURTHER ORDERED** that this Court approve the disbursement made in the amount of $90.00 for the stenographic service from the gross settlement.

**FURTHER ORDERED** that this Court approve the legal fee paid to special counsel, Sima C. Milgraum, Esq. in the amount of $1,500.00.

**FURTHER ORDERED** that this Court approve the net recovery that was released for $5,310.00.

**FURTHER ORDERED** that the nunc pro tunc settlement of $5,310.00 which was paid to the debtor, William C. Flores is hereby approved.

**FURTHER ORDERED**, that the Debtor is exempt from turning over net proceeds of $5,310.00 to the Chapter 13 Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
William C. Flores  
    Debtor

Case No. 17-31458-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 16, 2019  
                      Form ID: pdf903    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
```
db             +William C. Flores,    3419 Route 94,    Hamburg, NJ 07419-2512
aty            +Abraham Miligraum,    86 Summit Avenue,    4th Floor,    Summit, NJ 07901-3647
aty            +Sima Milgraum,    70 S. Orange Avenue,    Suite 205,    Livington, NJ 07039-4917
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
```
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor William C. Flores rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```