

**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on June 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| William C. Flores | : | CASE NO. 17-31458 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date: June 5, 2019 at 10:00 a.m. |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES FOR DEBTOR'S ATTORNEY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: William C. Flores
Case No. 17-31458-RG
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES FOR DEBTOR'S ATTORNEY

_____

The Applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Russell L. Low, the application, is allowed a fee of $1,000.00 for services rendered. The fee is payable:

**( X )** outside the Plan