

**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| William C. Flores | : | CASE NO. 17-31458 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date: June 5, 2019 at 10:00 a.m. |

**ORDER TO APPROVE AND DISBURSE SETTLEMENT**

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: William C. Flores
Case No. 17-31458-RG
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

---

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $235,000.00.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $66,661.16 to be disbursed to the debtor's special counsel, Abraham N. Milgraum, Esq.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $4,993.53 to cover expenses.

**FURTHER ORDERED** that $18,938.00 is being used to pay a medical lien due.

**FURTHER ORDERED** that $1,000.00 shall be disbursed payable to Russell L. Low, Esq. upon entry of an Order Allowing for Supplemental Fees.

**FURTHER ORDERED** that the Chapter 13 Plan will be paid at 100% to the Chapter 13 Standing Trustee, Marie-Ann Greenberg.

**FURTHER ORDERED** that the overage proceeds will be deemed exempt and will be disbursed to the Debtor directly.