**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| William C. Flores | : | CASE NO. 17-31458 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date: June 5, 2019 at 10:00 a.m. |

---

**ORDER TO APPROVE AND DISBURSE SETTLEMENT**

---

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: William C. Flores
Case No. 17-31458-RG
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $235,000.00.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $66,661.16 to be disbursed to the debtor's special counsel, Abraham N. Milgraum, Esq.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $4,993.53 to cover expenses.

**FURTHER ORDERED** that $18,938.00 is being used to pay a medical lien due.

**FURTHER ORDERED** that $1,000.00 shall be disbursed payable to Russell L. Low, Esq. upon entry of an Order Allowing for Supplemental Fees.

**FURTHER ORDERED** that the Chapter 13 Plan will be paid at 100% to the Chapter 13 Standing Trustee, Marie-Ann Greenberg.

**FURTHER ORDERED** that the overage proceeds will be deemed exempt and will be disbursed to the Debtor directly.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-31458-RG
William C. Flores                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: Jun 13, 2019
                                Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
```
db             +William C. Flores,    3419 Route 94,    Hamburg, NJ 07419-2512
aty            +Abraham Miligraum,    86 Summit Avenue,    4th Floor,    Summit, NJ 07901-3647
aty            +Sima Milgraum,    70 S. Orange Avenue,    Suite 205,    Livington, NJ 07039-4917
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor William C. Flores rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                   TOTAL: 4